# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| GEORGE R. COHN, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00134 JMS-KJM |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| C/C HONOLULU, STATE OF HAWAII ATTORNEY GENERAL, AND JOHN DOE #1-50, | March 31, 2023 |
| | At 11 o'clock and 00 min a.m.<br>LUCY H. CARRILLO, CLERK |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

On March 31, 2023, the Court issued its ORDER (1) GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, ECF NO. 3; AND (2) DISMISSING COMPLAINT, ECF NO. 1, WITHOUT LEAVE TO AMEND, ECF No. 8 (March 31, 2023 Order).

IT IS ORDERED AND ADJUDGED that Plaintiff's Application to Proceed in Forma Pauperis (ECF No. 3) is Granted, but DISMISSES Plaintiff's Complaint (ECF No. 1) without leave to amend, pursuant to and in accordance with the March 31, 2023 Order.  Further, the Clerk of Court is directed to close the case.

| | |
|---|---|
| March 31, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |